AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KESARIMANGALAM KANNAN**
DOB: xx/xx/50
PDID: xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 16, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly travel into the District of Columbia from the State if Maryland, for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.**

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE MIGUEL MIRANDA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE MIGUEL MIRANDA**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                         City and State

_____            _____
**Name & Title of Judicial Officer**                                **Signature of Judicial Officer**