UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     Criminal No.: 1:06-mj-00401-JMF

KESARIMANGALAM KANNAN             :

Defendant                         :

## MOTION TO ADMIT *PRO HAC VICE*

Comes now the Defendant, **KESARIMANGALAM KANNAN**, by and through undersigned counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and pursuant to U.S. District Court Rules for the District of Columbia LCrR 44.1, respectfully states as follows:

1. Undersigned counsel is a member in good standing of this Honorable Court's Bar pursuant to the provisions of LCrR 44.1(a) and (b).

2. Defendant in this matter wishes to retain experienced counsel who is not a member of this Court's Bar as follows:

    a. Name of Attorney - Alan Baum

    b. Attorney's Address and Telephone Number:
       Criminal Defense Associates
       20700 Ventura Boulevard, Suite 301,
       Woodland Hills, California 91364
       1-800-313-9619

    c. Bars to which the attorney has been admitted: State of California, United States District Court for the Central District of California, as well as over twenty Federal District Courts, including Washington, South Dakota, New York, Oregon, Florida, Oklahoma, Georgia, Guam, New Mexico, Arizona, Mississippi, Massachusetts, Kansas and Arkansas. Mr. Baum is also admitted to the United States Court of Appeals for the 9th Circuit.

    d.    Certification of prior disciplinary proceedings: by his signature hereto, counsel certifies that he has never been disciplined by any Bar.

    e.    Number of prior certifications *pro hac vice* to this Court in the last two years: none.

    f.    Counsel does not engage in the practice of law from an office located in the District of Columbia.

3.    Undersigned local counsel has agreed to serve as local counsel and satisfy the requirements of LCrR 44.1(c)(1).

**WHEREFORE,** Defendant respectfully requests the following relief:

1    That this Honorable Court admit Alan Baum, Esquire, *pro hac vice*, to serve as counsel for the Defendant in these proceedings with Richard A. Finci serving as local counsel.

2.    Such further and additional relief as justice may require.

Respectfully submitted,

_____
RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

_____
Alan Baum, Esquire
Criminal Defense Associates
20700 Ventura Boulevard, Suite 301,
Woodland Hills, California 91364
1-800-313-9619

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _22nd_ day of _September_, 2006, a copy of the foregoing Motion to Admit *Pro Hac Vice* was mailed, postage pre-paid, to:

Julieanne Himelstein, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI, #389841

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                                :    Criminal No.: 1:06-mj-00401-JMF

KESARIMANGALAM KANNAN             :

    **Defendant**                     :

### ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* and upon this Court's satisfaction that the provision of LCrR 44.1 have been satisfied, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that Alan Baum, Esquire, be and is hereby admitted *pro hac vice* for the purposes of representation of the Defendant in the above captioned proceedings and, it is further,

**ORDERED**, that Richard A. Finci shall serve as local counsel pursuant to the provisions of LCrR 44.1(c)(1).

                                                                JUDGE

Julieanne Himelstein, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
HoulonBerman
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770

Alan Baum, Esquire
Criminal Defense Associates
20700 Ventura Boulevard, Suite 301
Woodland Hills, California 91364