UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     Criminal No.: 1:06-mj-00401-JMF

KESARIMANGALAM KANNAN             :     **FILED**

Defendant                         :     OCT 0 6 2006

### ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* and upon this Court's satisfaction that the provision of LCrR 44.1 have been satisfied, it is this 6th day of October, 2006,

ORDERED, that Defendant's Motion be and is hereby granted and, it is further,

ORDERED, that Alan Baum, Esquire, be and is hereby admitted *pro hac vice* for the purposes of representation of the Defendant in the above captioned proceedings and, it is further,

ORDERED, that Richard A. Finci shall serve as local counsel pursuant to the provisions of LCrR 44.1(c)(1).

_____
JUDGE

Julieanne Himelstein, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
HoulonBerman
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770

Alan Baum, Esquire
Criminal Defense Associates
20700 Ventura Boulevard, Suite 301
Woodland Hills, California 91364